# Exhibit
# "1"

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

| | |
|---|---|
| CANDLER COUNTY, GEORGIA | ) |
| _Plaintiff_ | ) |
| v. | ) Civil Action No.   MDL 2804; 1:17-md-02804 |
| PURDUE PHARMA, L.P., PURDUE PHARMA, INC., ET AL. | )                              1:18-op-45165 |
| _Defendant_ | ) |

## WAIVER OF THE SERVICE OF SUMMONS

To:   Henry G. Garrard, III
_____
_(Name of the plaintiff's attorney or unrepresented plaintiff)_

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

The Court's moratorium on all filings includes a moratorium on the filing of answers or motions under Rule 12. Defendants will not answer or move under Rule 12 unless so ordered by the Court.  The failure to file an answer or motion under Rule 12 will not be grounds for a default judgment.

Date:   05/22/2019
_____

Hikma Pharmaceuticals USA Inc.,
f/k/a West-Ward Pharmaceuticals Corp.
_____
_Printed name of party waiving service of summons_

s/ Christopher Essig
_____
_Signature of the attorney or unrepresented party_

Christopher Essig
_____
_Printed name_

WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601
_____
_Address_

CEssig@winston.com
_____
_E-mail address_

(312) 558-5600
_____
_Telephone number_

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint.  A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does _not_ include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court.  By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

**CANDLER COUNTY, GEORGIA**

_____
*Plaintiff*                                   )
)
v.                                             )        Civil Action No.  **1:18-op-45165**
**PURDUE PHARMA, L.P., PURDUE PHARMA, INC., ET AL.** )
_____  )
*Defendant*                                  )

## WAIVER OF THE SERVICE OF SUMMONS

To:   **Sara Schramm**
_____
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

The Court's moratorium on all filings includes a moratorium on the filing of answers or motions under Rule 12. Defendants will not answer or move under Rule 12 unless so ordered by the Court.  The failure to file an answer or motion under Rule 12 will not be grounds for a default judgment.

Date:      5/30/2019                                      *Rebecca Mandel*
_____                             _____
                                                                *Signature of the attorney or unrepresented party*

Mylan N.V.                                                 Rebecca C. Mandel
_____       _____
*Printed name of party waiving service of summons*                 *Printed name*

                                                               Hogan Lovells US LLP
                                                               555 13th Street NW
                                                               Washington, D.C. 20004
                                                               _____
                                                                                *Address*

                                                               rebecca.mandel@hoganlovells.com
                                                               _____
                                                                            *E-mail address*

                                                               202-637-5488
                                                               _____
                                                                         *Telephone number*

---

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint.  A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court.  By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

### for the
Northern District of Ohio

**CANDLER COUNTY, GEORGIA**

_____ )
*Plaintiff* )
v. )   Civil Action No.   **1:18-op-45165**
**PURDUE PHARMA, L.P., PURDUE PHARMA, INC., ET AL.** )
*Defendant* )

## WAIVER OF THE SERVICE OF SUMMONS

To:   __Sara Schramm__
        *(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

The Court's moratorium on all filings includes a moratorium on the filing of answers or motions under Rule 12. Defendants will not answer or move under Rule 12 unless so ordered by the Court. The failure to file an answer or motion under Rule 12 will not be grounds for a default judgment.

Date:   __5/30/2019__

_____
*Signature of the attorney or unrepresented party*

Mylan Pharmaceuticals Inc.
_____
*Printed name of party waiving service of summons*

Rebecca C. Mandel
_____
*Printed name*

Hogan Lovells US LLP
555 13th Street NW
Washington, D.C. 20004
_____
*Address*

rebecca.mandel@hoganlovells.com
_____
*E-mail address*

202-637-5488
_____
*Telephone number*

---

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:18-op-45165

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Amneal Pharmaceuticals Inc. c/o Sarah Miller Benoit, Esq. was received by me on *(date)* Jun 10, 2019, 10:04 am.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Sarah Miller Benoit, Esq. , who is designated by law to accept service of process on behalf of *(name of organization)* Amneal Pharmaceuticals Inc. c/o Sarah Miller Benoit, Esq. on *(date)* Wed, Jun 12 2019 ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: 6/14/19

_____
*Server's signature*

Erika Cremeans
_____
*Printed name and title*

ABC Process Service, 4834 Swiss Avenue, Dallas, TX 75204
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Jun 12, 2019, 1:05 pm CDT at Ulmer & Berne LLP, 65 East State Street Suite 1100, Columbus, OH 43215-4213 received by Sarah Miller Benoit, Esq..

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio  ▾

CANDLER COUNTY, GEORGIA

_____
*Plaintiff*

v.

**PURDUE PHARMA, L.P., PURDUE PHARMA, INC., ET AL.**
_____
*Defendant*

)
)
)
)
)

Civil Action No.   **1:18-op-45165**

## WAIVER OF THE SERVICE OF SUMMONS

To:   Henry G. Garrard, III
_____
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from _____, the date when this request was sent (or 90 days if it was sent outside the United States).  If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date:  06/10/2019
_____

Amneal Pharmaceuticals LLC
_____
*Printed name of party waiving service of summons*

/s/ Paul J. Cosgrove
_____
*Signature of the attorney or unrepresented party*

Paul J. Cosgrove
*Printed name*
Ulmer & Berne, LLP
600 Vine Street, Suite 2800
Cincinnati, Ohio 45202
_____
*Address*

pcosgrove@ulmer.com
_____
*E-mail address*

(513) 698-5000
_____
*Telephone number*

### Duty to Avoid Unnecessary Expenses of Serving a Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint.  A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court.  By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the
## NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| CANDLER COUNTY, GEORGIA | ) |
| *Plaintiff* | ) |
| v. | ) |
| PURDUE PHARMA, L.P., PURDUE PHARMA, INC., ET AL. | ) |
| *Defendant* | ) |

Civil Action No.    **1:18-op-45165**

## WAIVER OF THE SERVICE OF SUMMONS

To:   **Henry G. Garrard, III**
          *(Name of the plaintiff's attorney or unrepresented plaintiff)*

        I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

        I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

        I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

        I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from _____, the date when this request was sent (or 90 days if it was sent outside the United States).  If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date:   5/13/19

_____
*Signature of the attorney or unrepresented party*

_____
Rhodes Pharmaceuticals L.P.
*Printed name of party waiving service of summons*

Steven F. Napolitano
*Printed name*

Skarzynski Black LLC
One Battery Park Plaza, 32nd Floor
New York, NY 10004
*Address*

snapolitano@skarzynski.com
*E-mail address*

(212) 820-7700
*Telephone number*

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

        Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint.  A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

        "Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

        If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

        If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court.  By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

**CANDLER COUNTY, GEORGIA**
_____
*Plaintiff*                                        )
)
v.                                          )
**PURDUE PHARMA, L.P., PURDUE PHARMA, INC., ET AL.**    )
_____
*Defendant*                                      )

Civil Action No.    1:18-op-45165

## WAIVER OF THE SERVICE OF SUMMONS

To:   Henry G. Garrard, III
_____
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

    I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

    I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

    I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

    I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from    April 22, 2019    , the date when this request was sent (or 90 days if it was sent outside the United States).  If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date:   5/24/2019

|  |  |
|---|---|
| | /s/ Sean Morris |
| | *Signature of the attorney or unrepresented party* |
| Par Pharmaceutical Companies, Inc. | Sean O. Morris |
| *Printed name of party waiving service of summons* | *Printed name* |
| | Arnold & Porter Kaye Scholer LLP |
| | 777 S. Figueroa Street, 44th Floor |
| | Los Angeles, California  90017 |
| | *Address* |
| | sean.morris@arnoldporter.com |
| | *E-mail address* |
| | (213) 243-4000 |
| | *Telephone number* |

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

    Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint.  A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

    "Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

    If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

    If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court.  By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

**CANDLER COUNTY, GEORGIA**
_____
*Plaintiff*                                    )
v.                                             )      Civil Action No.        1:18-op-45165
**PURDUE PHARMA, L.P., PURDUE PHARMA, INC., ET AL.**  )
_____
*Defendant*                                    )

## WAIVER OF THE SERVICE OF SUMMONS

To:  Henry G. Garrard, III
_____
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from _____April 22, 2019_____, the date when this request was sent (or 90 days if it was sent outside the United States).  If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date:  ___5/24/2019___                                        ___/s/ Sean Morris___
                                                          *Signature of the attorney or unrepresented party*

___Par Pharmaceutical, Inc.___                            ___Sean O. Morris___
*Printed name of party waiving service of summons*        *Printed name*

                                                          Arnold & Porter Kaye Scholer LLP
                                                          777 S. Figueroa Street, 44th Floor
                                                          Los Angeles, California  90017
                                                          *Address*

                                                          sean.morris@arnoldporter.com
                                                          *E-mail address*

                                                          (213) 243-4000
                                                          *Telephone number*

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint.  A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court.  By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT
### for the
Northern District of Ohio

| | |
|---|---|
| **CANDLER COUNTY, GEORGIA** | ) |
| _Plaintiff_ | ) |
| v. | )    Civil Action No.    1:18-op-45165 |
| **PURDUE PHARMA, L.P., PURDUE PHARMA, INC., ET AL.** | ) |
| _Defendant_ | ) |

## WAIVER OF THE SERVICE OF SUMMONS

To:  Henry G. Garrard, III
_____
(Name of the plaintiff's attorney or unrepresented plaintiff)

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from _____4/19/2019_____, the date when this request was sent (or 90 days if it was sent outside the United States).  If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date:  **S-20-19**

                                   _James W. Matthews_
                                     _Signature of the attorney or unrepresented party_

         Anda, Inc.
       _Printed name of party waiving service of summons_

                                       James W. Matthews
                                           _Printed name_

                                      Foley & Lardner LLP
                                      111 Huntington Avenue
                                      Boston, MA 02199
                                           _Address_

                                      jmatthews@foley.com
                                           _E-mail address_

                                      (617) 342-4000
                                           _Telephone number_

### Duty to Avoid Unnecessary Expenses of Serving a Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint.  A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does _not_ include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court.  By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons []

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

| | |
|---|---|
| **CANDLER COUNTY, GEORGIA** | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No.    1:18-op-45165 |
| AMERISOURCEBERGEN DRUG CORPORATION, ET AL. | ) |
| *Defendant* | ) |

## WAIVER OF THE SERVICE OF SUMMONS

To:   HENRY G. GARRARD, III
       *(Name of the plaintiff's attorney or unrepresented plaintiff)*

       I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

       I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

       I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

       The Court's moratorium on all filings includes a moratorium on the filing of answers or motions under Rule 12. Defendants will not answer or move under Rule 12 unless so ordered by the Court.  The failure to file an answer or motion under Rule 12 will not be grounds for a default judgment.

Date:   5/10/19

_____
*Signature of the attorney or unrepresented party*

CVS HEALTH CORPORATION
*Printed name of party waiving service of summons*

Jason Acton
*Printed name*
Zuckerman Spaeder LLP
1800 M Street N.W., Suite 1000
Washington, DC  20036
*Address*

jacton@zuckerman.com
*E-mail address*

(202) 778-1860
*Telephone number*

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

       Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint.  A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

       "Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

       If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

       If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court.  By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons []

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

| | |
|---|---|
| **CANDLER COUNTY, GEORGIA** | ) |
| _____ | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No.    1:18-op-45165 |
| AMERISOURCEBERGEN DRUG CORPORATION, ET AL. | ) |
| _____ | ) |
| *Defendant* | ) |

## WAIVER OF THE SERVICE OF SUMMONS

To:   HENRY G. GARRARD, III
_____
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

The Court's moratorium on all filings includes a moratorium on the filing of answers or motions under Rule 12. Defendants will not answer or move under Rule 12 unless so ordered by the Court.  The failure to file an answer or motion under Rule 12 will not be grounds for a default judgment.

Date:   5/13/19

_____
*Signature of the attorney or unrepresented party*

CVS TN DISTRIBUTION, LLC
_____
*Printed name of party waiving service of summons*

Jason Acton
*Printed name*
Zuckerman Spaeder LLP
1800 M Street N.W., Suite 1000
Washington, DC  20036
*Address*

jacton@zuckerman.com
*E-mail address*

(202) 778-1860
*Telephone number*

---

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint.  A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court.  By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio ▼

CANDLER COUNTY, GEORGIA

_____
*Plaintiff*
                                                    )
                                                    )
v.                                                  )     Civil Action No.    **1:18-op-45165**
**PURDUE PHARMA, L.P., PURDUE PHARMA, INC., ET AL.**    )
_____           )
*Defendant*                                         )

## WAIVER OF THE SERVICE OF SUMMONS

To:   Henry G. Garrard, III
_____
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from _____, the date when this request was sent (or 90 days if it was sent outside the United States).  If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date:   06/12/2019
_____

                                                    /s/ Paul J. Cosgrove
                                        _____
                                        *Signature of the attorney or unrepresented party*

Amneal Pharmaceuticals, Inc.                        Paul J. Cosgrove
_____           *Printed name*
*Printed name of party waiving service of summons*   Ulmer & Berne, LLP
                                                    600 Vine Street, Suite 2800
                                                    Cincinnati, Ohio 45202
                                        _____
                                                    *Address*

                                                    pcosgrove@ulmer.com
                                        _____
                                                    *E-mail address*

                                                    (513) 698-5000
                                        _____
                                                    *Telephone number*

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint.  A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court.  By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT
### for the
_____ District of _____

| | | |
|---|---|---|
| _____ | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. |
| _____ | ) | |
| *Defendant* | ) | This document relates to:  see attached list |

## WAIVER OF THE SERVICE OF SUMMONS

To: _____
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

The Court's moratorium on all filings includes a moratorium on the filing of answers or motions under Rule 12. Defendants will not answer or move under Rule 12 unless so ordered by the Court.  The failure to file an answer or motion under Rule 12 will not be grounds for a default judgment.

Date: _____

_____
*Signature of the attorney or unrepresented party*

_____
*Printed name of party waiving service of summons*

_____
*Printed name*

_____
*Address*

_____
*E-mail address*

_____
*Telephone number*

---

### Duty to Avoid Unnecessary Expenses of Serving a Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint.  A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court.  By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

| Plaintiff | MDL Case No. |
|---|---|
| Ben Hill County, Georgia | 1:18-op-45505 |
| Candler County, Georgia | 1:18-op-45165 |
| The Candler County Hospital Authority | 1:18-op-45167 |
| Charlton County, Georgia | 1:18-op-45713 |
| Clinch County Hospital Authority | 1:18-op-45453 |
| Cook County, Georgia | 1:18-op-45284 |
| Dougherty County, Georgia | 1:18-op-45491 |
| Habersham County, Georgia | 1:18-op-45559 |
| Johnson County, Georgia | 1:18-op-45716 |
| Jones County, Georgia | 1:18-op-45424 |
| Madison County, Georgia | 1:18-op-45296 |
| The City of Milledgeville, Georgia | 1:18-op-45495 |
| Newton County, Georgia | 1:18-op-45578 |
| Tattnall County, Georgia | 1:18-op-45574 |

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

| | |
|---|---|
| CANDLER COUNTY, GEORGIA | ) |
| *Plaintiff* | ) |
| v. | ) |
| PURDUE PHARMA, L.P., PURDUE PHARMA, INC., ET AL. | ) |
| *Defendant* | ) |

Civil Action No.    1:18-op-45165

## WAIVER OF THE SERVICE OF SUMMONS

To:  HENRY G. GARRARD, III
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from ___April 22, 2019___, the date when this request was sent (or 90 days if it was sent outside the United States).  If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date:  ___4/25/19___

s/ John J. Haggerty
*Signature of the attorney or unrepresented party*

J.M. SMITH CORPORATION
*Printed name of party waiving service of summons*

John J. Haggerty
*Printed name*
FOX ROTHSCHILD LLP
2700 Kelly Road, Suite 300
Warrington, PA 18976
*Address*

jhaggerty@foxrothschild.com
*E-mail address*

(215) 345-7500
*Telephone number*

### Duty to Avoid Unnecessary Expenses of Serving a Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint.  A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court.  By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons – MODIFIED

# UNITED STATES DISTRICT COURT

For the
Northern District of Ohio

| | | |
|---|---|---|
| CHANDLER COUNTY, GEORGIA | ) | In Re: National Prescription Opiate Litigation |
| *Plaintiff* | ) | |
| *v.* | ) | Civil Action No.  1:17-md-02804 |
| | ) | |
| AMERISOURCEBERGEN DRUG CORPORATION, et al. | ) | This document relates to 1:18-op-45165 |
| *Defendant* | | |

## WAIVER OF THE SERVICE OF SUMMONS

To:  Henry G. Garrard, III
  *(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

The Court's moratorium on all filings includes a moratorium on the filing of answers or motions under Rule 12. Defendants will not answer or move under Rule 12 unless so ordered by the Court. The failure to file an answer or motion under Rule 12 will not be grounds for a default judgment.

Date:   May 19, 2019

/s/ *Ronda L. Harvey*
*Signature of the attorney or unrepresented party*

The Kroger Company; Kroger Limited Partnership I;
And Kroger Limited Partnership II
*Printed name of party waiving service of summons*

Ronda L. Harvey
*Printed name*
Bowles Rice, LLP
600 Quarrier Street
Charleston, WV 25301
*Address*

rharvey@bowlesrice.com
*E-mail address*

*(304) 347-1701*
*Telephone Number*

### Duty to Avoid Unnecessary Expenses of Serving a Summons

**Rule** 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

| | | |
|---|---|---|
| _____ | ) | |
| Plaintiff | ) | |
| v. | ) | Civil Action No. |
| _____ | ) | |
| Defendant | ) | This document applies to:  See attached case list |

## WAIVER OF THE SERVICE OF SUMMONS

To: _____

*(Name of the plaintiff's attorney or unrepresented plaintiff)*

        I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

        I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

        I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

        The Court's moratorium on all filings includes a moratorium on the filing of answers or motions under Rule 12. Defendants will not answer or move under Rule 12 unless so ordered by the Court.  The failure to file an answer or motion under Rule 12 will not be grounds for a default judgment.

Date: _____            _____
                                                                *Signature of the attorney or unrepresented party*

_____                    _____
*Printed name of party waiving service of summons*                                          *Printed name*

                                                                    _____
                                                                                                    *Address*

                                                                    _____
                                                                                                    *E-mail address*

                                                                    _____
                                                                                                    *Telephone number*

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

        Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint.  A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

        "Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

        If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

        If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court.  By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

The Unified Government of Athens-Clarke County, Georgia        1:18-op-45218
Banks County, Georgia        1:18-op-45378
Ben Hill County, Georgia        1:18-op-45505
Brantley County, Georgia        1:18-op-45714
Bulloch County, Georgia        1:18-op-45394
Butts County, Georgia        1:18-op-45490
Camden County, Georgia        1:18-op-45717
Candler County, Georgia        1:18-op-45165
The Candler County Hospital Authority        1:18-op-45167
Charlton County, Georgia        1:18-op-45713
The City of Bainbridge, Georgia        1:18-op-45383
Clinch County Hospital Authority        1:18-op-45453
Columbia County, Georgia        1:18-op-45607
Cook County, Georgia        1:18-op-45284
Crisp County, Georgia        1:18-op-45238
Decatur County, Georgia        1:18-op-45334
Dooly County, Georgia        1:18-op-45712
Dougherty County, Georgia        1:18-op-45491
Elbert County, Georgia        1:18-op-45381
The City of Fitzgerald, Georgia        1:18-op-45603
The City of Gainesville, Georgia        1:18-op-45486
Habersham County, Georgia        1:18-op-45559
Hall County, Georgia        1:18-op-45286
Hancock County, Georgia        1:18-op-45535
Hospital Authority of Bainbridge and Decatur County        1:18-op-45382
Irwin County, Georgia        1:18-op-45283
Jackson County, Georgia        1:18-op-45581
Jasper County, Georgia        1:18-op-45504
Jeff Davis County, Georgia        1:18-op-45237
Johnson County, Georgia        1:18-op-45716
Jones County, Georgia        1:18-op-45424
Lincoln County, Georgia        1:18-op-45508
The Unified Government of Macon-Bibb County, Georgia  1:18-op-45407
Madison County, Georgia        1:18-op-45296
McDuffie County, Georgia        1:18-op-45509
The City of Milledgeville, Georgia        1:18-op-45495
Newton County, Georgia        1:18-op-45578
Oconee County, Georgia        1:18-op-45219
Oglethorpe County, Georgia        1:18-op-45262
Sumter County, Georgia        1:18-op-45250
Taliaferro County, Georgia        1:18-op-45562
Tattnall County, Georgia        1:18-op-45574
The City of Tifton, Georgia        1:18-op-45454
Toombs County, Georgia        1:18-op-45576
Troup County, Georgia        1:18-op-45715
Twiggs County, Georgia        1:18-op-45379

| | |
|---|---|
| Walton County, Georgia | 1:18-op-45297 |
| Warren County, Georgia | 1:18-op-45425 |
| Washington County, Georgia | 1:18-op-45563 |
| Worth County, Georgia | 1:18-op-45602 |

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:18-op-45165

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>Rite-Aid Corporation c/o Registered Agent The Corporation</u> <u>Trust Center</u> was received by me on *(date)* <u>Jun 10, 2019, 10:04 am.</u>

<table>
<tr>
<td>[ ]</td>
<td>I personally served the summons on the individual at <em>(place)</em> _____ on <em>(date)</em> _____ ; or</td>
</tr>
<tr>
<td>[ ]</td>
<td>I left the summons at the individual's residence or usual place of abode with <em>(name)</em> _____ , a person of suitable age and discretion who resides there, on <em>(date)</em> _____ , and mailed a copy to the individual's last known address; or</td>
</tr>
<tr>
<td>[X]</td>
<td>I served the summons on <em>(name of individual)</em> <u>Amy McLaren, Managing Agent</u> , who is designated by law to accept service of process on behalf of <em>(name of organization)</em> <u>Rite-Aid Corporation c/o Registered Agent The Corporation Trust Center</u> on <em>(date)</em> <u>Thu, Jun 13 2019</u> ; or</td>
</tr>
<tr>
<td>[ ]</td>
<td>I returned the summons unexecuted because: _____ ; or</td>
</tr>
<tr>
<td>[ ]</td>
<td>Other: _____ ; or</td>
</tr>
</table>

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 6|14|19

_____
*Server's signature*

McKenna Touey
_____
*Printed name and title*

ABC Process Service 4834 Swiss Ave. Dallas, TX 75204
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Jun 13, 2019, 2:30 pm EDT at 1209 N. Orange St., Wilmington, DE 19801 received by Amy McLaren, Managing Agent. Age: 35; Ethnicity: Caucasian; Gender: Female; Weight: 135; Height: 5'6"; Hair: Brown;

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:18-op-45165

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Sandoz, Inc. c/o Registered Agent: Corporation Service Company was received by me on *(date)* Jun 10, 2019, 10:04 am.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Cole Stender as Clerk of Registered Agent: Corporation Services Company , who is designated by law to accept service of process on behalf of *(name of organization)* Sandoz, Inc. c/o Registered Agent: Corporation Service Company on *(date)* Wed, Jun 12 2019 ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $.

I declare under penalty of perjury that this information is true.

Date:

_____
*Server's signature*

Rich Severn
_____
*Printed name and title*

ABC Process Service, 4834 Swiss Avenue, Dallas, TX 75204
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Jun 12, 2019, 11:13 am MDT at 1900 W. Littleton Boulevard , Littleton, CO 80120 received by Cole Stender as Clerk of Registered Agent: Corporation Services Company .

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

| | |
|---|---|
| CANDLER COUNTY, GEORGIA<br>*Plaintiff*<br>v.<br>PURDUE PHARMA L.P., et al.<br>*Defendant* | )<br>)<br>)<br>)<br>) |

Civil Action No.  1:18-op-45165

## WAIVER OF THE SERVICE OF SUMMONS

To:  Sara Schramm

      *(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

The Court's moratorium on all filings includes a moratorium on the filing of answers or motions under Rule 12. Defendants will not answer or move under Rule 12 unless so ordered by the Court. The failure to file an answer or motion under Rule 12 will not be grounds for a default judgment.

Date:  08/19/2019

                                                          *Signature of the attorney or unrepresented party*

Sandoz Inc.

*Printed name of party waiving service of summons*

                                            Lori G. Cohen

                                              *Printed name*

                                            Greenberg Traurig, LLP
                                            3333 Piedmont Rd. NE, Suite 2500
                                            Atlanta, GA 30305

                                              *Address*

                                            cohenl@gtlaw.com

                                            *E-mail address*

                                            (678) 553-2100

                                            *Telephone number*

### Duty to Avoid Unnecessary Expenses of Serving a Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT
### for the
### Northern District of Ohio

| | | |
|---|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIOID LITIGATION | ) | |
| _____ | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.  1:17-md-02804 |
| PURDUE PHARMA, L.P., PURDUE PHARMA, INC., | ) | **This document applies to the cases on the attached |
| _____ | ) | list as Exhibit 1.** |
| *Defendant* | ) | |

## WAIVER OF THE SERVICE OF SUMMONS

To:  Sara Schramm
    *(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from _____5/31/2019_____, the date when this request was sent (or 90 days if it was sent outside the United States).  If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date:  7/1/19

Signature of the attorney or unrepresented party

SpecGx LLC
*Printed name of party waiving service of summons*

Andrew O'Connor
*Printed name*
Ropes & Gray
Prudential Tower, 800 Boylston Street
Boston, Massachusetts 02199
*Address*
Andrew.O'Connor@ropesgray.com
*E-mail address*
(617) 951-7000
*Telephone number*

### Duty to Avoid Unnecessary Expenses of Serving a Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint.  A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court.  By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

# EXHIBIT 1
# (CASE LIST)

| | |
|---|---|
| The Unified Government of Athens-Clarke County, Georgia | 1:18-op-45218 |
| Banks County, Georgia | 1:18-op-45378 |
| Ben Hill County, Georgia | 1:18-op-45505 |
| Brantley County, Georgia | 1:18-op-45714 |
| Bulloch County, Georgia | 1:18-op-45394 |
| Butts County, Georgia | 1:18-op-45490 |
| Camden County, Georgia | 1:18-op-45717 |
| Candler County, Georgia | 1:18-op-45165 |
| The Candler County Hospital Authority | 1:18-op-45167 |
| Charlton County, Georgia | 1:18-op-45713 |
| The City of Bainbridge, Georgia | 1:18-op-45383 |
| Clinch County Hospital Authority | 1:18-op-45453 |
| Columbia County, Georgia | 1:18-op-45607 |
| Cook County, Georgia | 1:18-op-45284 |
| Crisp County, Georgia | 1:18-op-45238 |
| Decatur County, Georgia | 1:18-op-45334 |
| Dooly County, Georgia | 1:18-op-45712 |
| Dougherty County, Georgia | 1:18-op-45491 |
| Elbert County, Georgia | 1:18-op-45381 |
| The City of Fitzgerald, Georgia | 1:18-op-45603 |
| The City of Gainesville, Georgia | 1:18-op-45486 |
| Habersham County, Georgia | 1:18-op-45559 |
| Hall County, Georgia | 1:18-op-45286 |
| Hancock County, Georgia | 1:18-op-45535 |
| Hospital Authority of Bainbridge and Decatur County | 1:18-op-45382 |
| Irwin County, Georgia | 1:18-op-45283 |
| Jackson County, Georgia | 1:18-op-45581 |
| Jasper County, Georgia | 1:18-op-45504 |
| Jeff Davis County, Georgia | 1:18-op-45237 |
| Johnson County, Georgia | 1:18-op-45716 |
| Jones County, Georgia | 1:18-op-45424 |
| Lincoln County, Georgia | 1:18-op-45508 |
| The Unified Government of Macon-Bibb County, Georgia | 1:18-op-45407 |
| Madison County, Georgia | 1:18-op-45296 |
| McDuffie County, Georgia | 1:18-op-45509 |
| The City of Milledgeville, Georgia | 1:18-op-45495 |

| | |
|---|---|
| Newton County, Georgia | 1:18-op-45578 |
| Oconee County, Georgia | 1:18-op-45219 |
| Oglethorpe County, Georgia | 1:18-op-45262 |
| Sumter County, Georgia | 1:18-op-45250 |
| Taliaferro County, Georgia | 1:18-op-45562 |
| Tattnall County, Georgia | 1:18-op-45574 |
| The City of Tifton, Georgia | 1:18-op-45454 |
| Toombs County, Georgia | 1:18-op-45576 |
| Troup County, Georgia | 1:18-op-45715 |
| Twiggs County, Georgia | 1:18-op-45379 |
| Walton County, Georgia | 1:18-op-45297 |
| Warren County, Georgia | 1:18-op-45425 |
| Washington County, Georgia | 1:18-op-45563 |
| Worth County, Georgia | 1:18-op-45602 |

AO 399 (01/09) Waiver of the Service of Summons - MODIFIED

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

CANDLER COUNTY, GEORGIA
*Plaintiff*
v.
AMERISOURCEBERGEN DRUG CORPORATON, ET AL.,
*Defendant*

)
)
)
)
)

Civil Action No.   1:18-op-45165

## WAIVER OF THE SERVICE OF SUMMONS

To:   Henry G. Garrard, III
       *(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

The Court's moratorium on all filings includes a moratorium on the filing of answers or motions under Rule 12. Defendants will not answer or move under Rule 12 unless so ordered by the Court. The failure to file an answer or motion under Rule 12 will not be grounds for a default judgment.

Date:   May 7, 2019

Walgreen Co.
*Printed name of party waiving service of summons*

*Signature of the attorney or unrepresented party*

Kaspar J. Stoffelmayr
*Printed name*
Bartlit Beck Herman Palenchar & Scott LLP
54 W. Hubbard St., Ste. 300
Chicago, IL 60654
*Address*

kaspar.stoffelmayr@bartlit-beck.com
*E-mail address*

(312) 494-4400
*Telephone number*

### Duty to Avoid Unnecessary Expenses of Serving a Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the
Northern District of Ohio

| | |
|---|---|
| CANDLER COUNTY, GEORGIA | ) |
| _____ | ) |
| *Plaintiff* | ) |
| v. | )    Civil Action No.    1:18-op-45165 |
| **AMERISOURCEBERGEN DRUG CORPORATION, ET AL** | ) |
| _____ | ) |
| *Defendant* | ) |

## WAIVER OF THE SERVICE OF SUMMONS

To:  Henry G. Garrard, III
_____
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

The Court's moratorium on all filings includes a moratorium on the filing of answers or motions under under Rule 12. Defendants will not answer or move under Rule 12 unless so ordered by the Court.  The failure to file an answer or motion under Rule 12 will not be grounds for a default judgment.

Date: 4/26/2019
_____

Walmart Inc. and Wal-Mart Stores East, LP
_____
*Printed name of party waiving service of summons*

/s/ Tara A. Fumerton
_____
*Signature of the attorney or unrepresented party*

Tara A. Fumerton
*Printed name*

Jones Day
77 W. Wacker Dr.
Chicago, IL 60601
*Address*

tfumerton@jonesday.com
*E-mail address*

(312) 782-3939
*Telephone number*

### Duty to Avoid Unnecessary Expenses of Serving a Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint.  A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court.  By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.